Enjoy Rehab, P.T., P.C. v 21st Century Ins. Co. (2020 NY Slip Op
50852(U))

[*1]

Enjoy Rehab, P.T., P.C. v 21st Century Ins. Co.

2020 NY Slip Op 50852(U) [68 Misc 3d 127(A)]

Decided on July 10, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 10, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, DAVID ELLIOT, JJ

2019-370 K C

Enjoy Rehab, P.T., P.C., as Assignee of
Dejean, Ludmilla, Respondent, 
against
21st Century Insurance Company, Appellant.

Law Offices of Buratti, Rothenberg & Burns (Bryan M. Rothenberg of counsel), for
appellant.
The Rybak Firm, PLLC (Oleg Rybak, Esq.), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Robin S.
Garson, J.), entered October 15, 2018. The order, insofar as appealed from, denied defendant's
motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and
defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from so much of an order of the Civil Court entered October 15, 2018 as denied
defendant's motion, which had sought summary judgment dismissing the complaint on the
ground that, pursuant to a declaratory judgment entered in the Supreme Court, New York
County, defendant had no duty to provide coverage for the accident at issue in this case.
For the reasons stated in St. Mark's Med. Health Care, PLLC as Assignee of Dejean,
Ludmilla v 21st Century Ins. Co. (___ Misc 3d ___, 2020 NY Slip Op _____ [appeal No.
2019-361 K C], decided herewith), the order, insofar as appealed from, is reversed and
defendant's motion for summary judgment dismissing the complaint is granted.
ALIOTTA, P.J., WESTON and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 10, 2020